722

No. 63. RYAN *v.* EMPLOYERS' LIABILITY ASSURANCE CORP. September 28, 1940. Dismissed per stipulation pursuant to Rule 35. *Mr. M. Y. Yost* for petitioner. *Mr. John R. Kistner* for respondent.

No. 125. MISSOURI PACIFIC TRANSPORTATION Co. *v.* TALLEY. October 7, 1940. Dismissed on motion of counsel for the petitioner. *Mr. C. H. Moses* for petitioner. *Messrs. Theron W. Agee* and *David S. Partain* for respondent.

No. 241. BURLEIGH *v.* UNITED STATES, ACTING FOR AND IN BEHALF OF THE FARM CREDIT ADMINISTRATION. October 7, 1940. Dismissed pursuant to stipulation of counsel. *Mr. Guy E. Kelly* for petitioner. *Solicitor General Biddle* for respondent.

No. 339. HART *v.* UNITED STATES. October 7, 1940. Dismissed on motion of counsel for the petitioner. *Mr. O. R. McGuire* for petitioner. *Solicitor General Biddle, Assistant Attorney General Rogge,* and *Mr. Fred E. Strine* for the United States.